THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Ephrain Reliford, Jr., Petitioner,
v.
Mitsubishi Motors Credit of America, Inc., Respondent.
 
 
 

ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

Appeal from Aiken County
 Rodney A. Peeples, Circuit Court Judge

Memorandum Opinion No. 2007-MO-013
Submitted February 14, 2007  Filed March 5, 2007 

DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 Ephrain Reliford, Jr., of Kershaw, pro se.
Andrew F. Lindemann, of Davidson Morrison & Lindemann, of Columbia, for Respondent.
 
 
 

PER CURIAM: We dismiss the writ of certiorari as improvidently granted.
 TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.